UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| B.N.T. | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 1:09-cv-0771-WTL-DML |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN HINDSON, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Preliminary Witness List**

Comes now the Plaintiff, B.N.T., by her counsel Jonathon Little, and for her Plaintiff's Preliminary Witness List, advises the Court of the following Preliminary Witness List in accordance with the case management plan:

1. Plaintiff herein
2. Dr. Beth Bradley
3. Dr. George Parker
4. Lt. Don Whitehead
5. Emily Odom
6. Shelia Taflinger
7. Bruce Taflinger
8. Brian Hindson

Respectfully submitted,

s:/ Jonathon Little_____
Jonathon Little,
Counsel for Plaintiff

**Certificate of Service**

I hereby certify that on the 6th day of November, 2009, I electronically filed the above Plaintiff's Preliminary Witness List with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Bernard L. Pylitt | James Curran |
| KATZ & KORIN P.C. | jimcurrantriallaw@yahoo.com |
| bpylitt@katzkorin.com | |

Thomas E. Wheeler, II
FROST BROWN TODD LLC
twheeler@fbtlaw.com

Thomas E. Kieper
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

              s:/ Jonathon Little_____
              Jonathon Little,
              Counsel for Plaintiff

I hereby certify that on the 6th day of November, 2009, I served the above Plaintiff's Preliminary Witness List by United States postal mail, postage prepaid, to the following:

Brian D. Hindson
FCI Marianna Correctional Institution
P.O. Box 7007
Marianna, FL 32447

              s:/ Jonathon Little_____
              Jonathon Little,
              Counsel for Plaintiff