IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE N. TAFLINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:09-CV-0771-WTL-DML |
| ) | |
| BRIAN HINDSON, CENTRAL INDIANA ) | |
| AQUATICS, US SWIMMING, INDIANA ) | |
| SWIMMING, WESTFIELD- ) | |
| WASHINGTON SCHOOL ) | |
| CORPORATION, KOKOMO-CENTER ) | |
| TOWNSHIP CONSOLIDATED SCHOOLS, ) | |
| and NOBLESVILLE SCHOOL ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SCHOOL DEFENDANTS' PRELIMINARY WITNESS LIST

Come now the Defendants, Westfield-Washington Schools, Kokomo-Center Township Consolidated School Corporation and Noblesville Schools, by counsel, and pursuant to the Case Management Plan entered in the above referenced matter, submit their preliminary list of individuals who may be called as witnesses in this matter.

| NAME | ADDRESS/PHONE | SUBJECT |
|---|---|---|
| Dr. Thomas J. Little, Jr. Former Superintendent Kokomo-Center Township Consolidated School Corp. | c/o M.S.D. of Perry Township 6548 Orinoco Avenue Indianapolis, Indiana 46227-4290 (317) 789-3700 | Information relating to the School's policies and procedures. |
| Chris Himsel Superintendent | Kokomo-Center Township Consolidated School Corporation 100 West Lincoln Road Kokomo, Indiana 46904-2188 (765) 455-8000 | Information relating to the School's policies and procedures. |

| NAME | ADDRESS/PHONE | SUBJECT |
|---|---|---|
| Mark F. Keen, Ed.D., Superintendent | Westfield-Washington Schools<br>322 West Main Street<br>Westfield, IN  46074-9549<br>(317) 867-8000 | Information relating to the School's policies and procedures. |
| Dr. Libbie Conner, Superintendent | Noblesville Schools<br>1775 Field Drive<br>Noblesville, IN  46060-1744<br>(317) 773-3171 | Information relating to the School's policies and procedures |
| Brian Hindson | FCI Marianna Correctional Institution<br>P.O. Box 7007<br>Marianna, FL  32447 | Information relating to this lawsuit. |
| Jude Boutwell | 12799 Plum Creek Boulevard<br>Carmel, IN  46033<br>(317) 590-0734 | Information relating to Central Indiana Aquatics. |
| Brooke N. Taflinger<br>Plaintiff | | Information relating to her claims in this lawsuit |

FROST BROWN TODD LLC


By: */s/Thomas E. Wheeler*
Thomas E. Wheeler, II, #13800-49
Attorneys for Defendants Westfield Washington Schools, Kokomo-Center Township Consolidated Schools and Noblesville Schools

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Bernard L. Pylitt | Jon Little, Esq. |
| Katz & Korin | 8902 Otis Avenue, Suite 201 |
| 334 N. Senate Avenue | Indianapolis, IN  46216 |
| Indianapolis, IN  46204-1708 | jonlittlelaw@gmail.com |
| bpylitt@kitzkorin.com | |

I hereby further certify that on this 24th day of November, 2009, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Brian D. Hindson
FCI Marianna Correctional Institution
P.O. Box 7007
Marianna, FL  32447

>                               /s/Thomas E. Wheeler
>                                 Thomas E. Wheeler, II

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
twheeler@fbtlaw.com
957473_1