# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE N. TAFLINGER,         ) | |
| )                             | |
| Plaintiff,                  ) | |
| )                             | |
| vs.                          ) | Case No. 1:09-cv-00771-TWP-DML |
| )                             | |
| BRIAN HINDSON, CENTRAL INDIANA ) | |
| AQUATICS, UNITED STATES SWIMMING, ) | |
| INC., and WESTFIELD-WASHINGTON ) | |
| SCHOOL CORPORATION,          ) | |
| | |
| Defendants.                    | |

## RULE 54(b) FINAL JUDGMENT

In light of the Court's recent ruling granting summary judgment in favor of Defendants United States Swimming, Inc. and Westfield-Washington School Corporation (Dkt. 217), the Court enters final judgment in favor of those two Defendants. Under Federal Rule of Civil Procedure 54(b), "there is no just reason for delay," notwithstanding the fact that ancillary default judgment proceedings remain pending against Defendants Central Indiana Aquatics and Brian Hindson. Specifically, there is nothing left for the Court to decide with respect to United States Swimming, Inc. and Westfield-Washington School Corporation. Plaintiff shall take nothing by way of her complaint against these two Defendants.

SO ORDERED:

Dated: 05/08/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

**B. Robert Allard**
CORSIGLA MCMAHON AND ALLARD
rallard@cmalaw.net

**James M. Curran**
LAW OFFICE OF JAMES M. CURRAN
jmc@currantriallaw.com,jimcurrantriallaw@yahoo.com

**Kristopher N. Kazmierczak**
KATZ & KORIN P.C.
kkazmierczak@katzkorin.com,vellis@katzkorin.com

**Jonathan Charles Little**
LAW OFFICES OF JONATHAN LITTLE
jonlittlelaw@gmail.com,jonlittle2004@yahoo.com

**Bernard Lowell Pylitt**
KATZ & KORIN P.C.
bpylitt@katzkorin.com,vellis@katzkorin.com

**Thomas E. Wheeler , II**
FROST BROWN TODD LLC
twheeler@fbtlaw.com,kdickerson@fbtlaw.com