UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BROOKE TAFLINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-00771-TWP-DML |
| | ) | |
| BRIAN HINDSON, | ) | |
| CENTRAL INDIANA AQUATICS, | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY ON DAMAGES HEARING HELD AUGUST 30, 2012

This matter was before the Court for a damages hearing in the Indianapolis Courthouse. Plaintiff appeared by counsel, Jonathan Charles Little. Defendant failed to appear. The Court Reporter was David Moxley.

Plaintiff presented evidence and testimony regarding the amount of damages owed by Defendant to Plaintiff.

The Court awards Plaintiff the requested compensatory damages, punitive damages and costs. The Court takes the request for medical damages under advisement and will issue a judgment within thirty days.

Date: 08/30/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

B. Robert Allard
CORSIGLA MCMAHON AND ALLARD
rallard@cmalaw.net

Thomas E. Wheeler, II
FROST BROWN TODD LLC
twheeler@fbtlaw.com

Jonathan Charles Little
SAEED & LITTLE, LLP
jon@sllawfirm.com

Brian Hindson 08820-028
FCD Marianna Correctional Institution
P.O. Box 7007
Marianna, FL 32447